(SPACE BELOW FOR FILING STAMP ONLY)

1

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON

2

2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100

3

roger@wilson-law.com

4

5

6

Attorney for Defendant, ELVIS DAVID VASQUEZ

7

8

9

## IN THE UNITED STATES DISTRICT COURT

10

## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

11

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: **1:24-CR-00128-JLT-SKO** |
| Plaintiff, | |
| v. | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** *(FRCP, Rule 43).* |
| **ELVIS DAVID VASQUEZ** Defendant. | |

18

  Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant ELVIS DAVID VASQUEZ, having

19

been advised of his right to be present at all stages of the proceedings, hereby requests that this

20

Court proceed in his absence on every occasion that the Court may permit, pursuant to this

21

waiver.

22

  Defendant agrees that his interests shall be represented at all times by the presence of

23

his attorneys of record the same as if Defendant were personally present, and requests that this

24

court allow his attorneys-in-fact to represent his interests at all times. Defendant further agrees

25

that notice to Defendant's attorney that Defendant's presence is required will be deemed notice

26

to the Defendant of the requirement of his appearance at same time and place.

27

///

28

///

---

1

Lastly, Mr. Vasquez's counsel has discussed this waiver of appearance with counsel for the Government, who had no objection.

Respectfully submitted,

Dated:    August 26, 2025          By:          /s/ Elvis David Vasquez
                                                **ELVIS DAVID VASQUEZ**
                                                        Defendant
                                              (Original Signature in File)

Dated:    August 26, 2025          By:          /s/ Roger D. Wilson
                                                **ROGER D. WILSON**
                                                  Attorney for Defendant
                                                ELVIS DAVID VASQUEZ

## <u>ORDER</u>

GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any non-substantive pretrial proceedings pursuant to Rule 43 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:    **August 28, 2025**                  */s/ Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE