ERIC GRANT
United States Attorney
JUSTIN J. GILIO
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00128-JLT-SKO |
|---|---|
| Plaintiff, | JOINT STATUS REPORT |
| v. | DATE: March 24, 2026 |
| | TIME: 1:00 p.m. |
| ANDRES SILVA-CORONA PEREZ ET AL., | COURT: Hon. Stanley A. Boone |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The case is set for a status conference on May 6, 2026, in front of the Honorable Stanley A. Boone, U.S. Magistrate Court Judge. The parties wish to **continue the status conference to July 8, 2026, and exclude time through that date**.

2. Discovery in this case is voluminous and has been previously produced.

3. Defendant Valdivia recently obtained new counsel and he needs additional time to review the voluminous discovery, meet with his client, review the government's plea offer, conduct independent investigation, and prepare for trial.

4. **Plea offers**: The government has extended formal plea offers to Defendants Silva-Corona Perez, Vasquez, and Valdivia. The government will extend the deadline for acceptance of those

1

offers to July 8, 2026.

5.     As for Defendant Castillo, the parties are continuing to negotiate, and the government may extend another offer before the next status conference date.

6.     The Court has previously determined that this is a "complex case" due to the number of defendants and the nature of the prosecution, making it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. The parties request that the court reaffirm that finding and exclude time.

7.     In addition, counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Thus, the parties request that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, time between the status conference and the trial be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii), and B(iv) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  March 24, 2026                          ERIC GRANT
                                                                 United States Attorney


                                                                 /s/ JUSTIN J. GILIO
                                                                 JUSTIN J. GILIO
                                                                 Assistant United States Attorney

Dated:  March 24, 2026                          /s/ Galatea DeLapp
                                                                 Galatea DeLapp
                                                                 Counsel for Defendant
                                                                 Andres Silva-Corona Perez

Dated:  March 24, 2026                          /s/ Barbara O'Neill
                                                                 Barbara O'Neill
                                                                 Counsel for Defendant
                                                                 Elvis David Vasquez

Dated:  March 24, 2026                                     /s/ Serita Rios
                                                           Serita Rios
                                                           Counsel for Defendant
                                                           Mirella Castillo

Dated:  March 24, 2026                                     /s/ Marc Days
                                                           Marc Days
                                                           Counsel for Defendant
                                                           Kiara Sinaii Valdivia

**ORDER**

For the reasons explained above, the Court continues the status conference to July 8, 2026.  The Based on the parties' stipulation, the Court finds that failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Thus, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, time between the May 6, 2026, and July 8, 2026, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii), and B(iv) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

4